UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO H. RODRIGUEZ,

                Plaintiff,

-v -

MORAN AUTOMOTIVE AND TOWING, INC., *et al.*,

                Defendant.

21-CV-2529 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff filed his amended complaint on April 9, 2021. (Dkt. No. 8.) The docket does not indicate that Plaintiff has served Defendant Moran Automotive and Towing, Inc. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by July 27, 2021, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                                    J. PAUL OETKEN
                                                 United States District Judge